ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Garry Jacques d/b/a Jacques Construction | ) ASBCA No. 63640 |
| Management and Consulting Services | ) |
| | ) |
| Under Contract No. N62473-18-C-1208 | ) |

APPEARANCE FOR THE APPELLANT:        Michael Metz-Topodas, Esq.
        Saul Ewing LLP
        Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:        Craig D. Jensen, Esq.
        Navy Chief Trial Attorney
        Robyn L. Hamady, Esq.
        Joshua S. Kauke, Esq.
        Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $150,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid. Each party shall bear its own fees, costs, and expenses.

Dated: November 5, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                            I concur

_____                    _____
OWEN C. WILSON                              DAVID B. STINSON
Administrative Judge                        Administrative Judge
Vice Chairman                               Armed Services Board
Armed Services Board                        of Contract Appeals
of Contract Appeals


     I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63640, Appeal of Garry Jacques d/b/a Jacques Construction Management and Consulting Services, rendered in conformance with the Board's Charter.

     Dated:  November 6, 2024


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals